■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ZARUMA, Appellant. [991 NYS2d 884]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Zayas, J.), imposed September 14, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid and, therefore, does not preclude appellate review of his excessive

sentence claim (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.